PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Edward Espinoza                                    Cr.: 1:08 CR 598-01
                                                                     PACTS #: 43945

Name of Sentencing Judicial Officer: Honorable William H. Walls, Senior United States District Court Judge
(Jurisdiction transferred on August 26, 2008 from the Central District of California.)

Date of Original Sentence: November 28, 2006

Original Offense: Honest Services Mail and Wire Fraud, Money Laundering and Aiding and Assisting in the Filing of False Tax Returns.

Original Sentence: 10 months imprisonment, 3 years of Supervised Relesae; Financial Disclosure; $400.00 special assessment and $700,000.00 restitution.

Type of Supervision: Supervised Release                Date Supervision Commenced: November 27, 2007

## STATUS REPORT

U.S. Probation Officer Action:

On November 28, 2006, the offender was sentenced by the Honorable Stephen V. Wilson to 10 months imprisonment and 36 months of supervised release. Jurisdiction was transferred to Your Honor on August 26, 2008. The offender was transferred to our low intensity caseload on December 1, 2009.

Mr. Espinoza currently resides in Summit, NJ. He has been employed with MCI North American since September 01, 2008. We believe that Mr. Espinoza has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $2,650 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Espinoza's term of supervision to expire as scheduled on November 26, 2010.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: October 28, 2010

PROB 12A - Page 2
Edward Espinoza

[ V ] Allow the case to expire as scheduled
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

17 November 2010
_____
Date